**Order entered July 31, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00877-CR

---

### MICHAEL GLEN GARZA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 354th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 31429

---

## ORDER

Before the Court is appellant's third motion for extension of time to file his brief. A review of this appeal shows the notice of appeal was filed August 1, 2018. After a seven-month delay, the reporter's twenty-nine volume record was filed on April 16, 2019. Appellant's brief was initially due May 18, 2019. When it was not filed, we notified appellant by postcard dated May 22, 2019, and directed him to file his brief and a motion to extend time within ten days. That same day, appellant filed a motion for extension of time. We granted that motion, along with a second motion, making the brief due date July 24, 2019, ninety days after the reporter's record was filed. In our June 26th order granting appellant's second extension of time, we cautioned him that the failure to file a brief by that date might result in the appeal being abated

for a hearing under rule 38.8(b)(3). Appellant now requests an additional two months, noting in his third motion for extension that additional time is required because the record is large.

We **GRANT** appellant's third motion to the extent we **ORDER** appellant's brief **DUE** on or before September 16, 2019. If appellant's brief is not filed by that date, the Court will abate the case for a hearing to determine the adequacy of representation.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE